

FILED
2011 AUG 18 PM 2:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. '11MJ3094 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18, U.S.C. § 2261A(1) (Interstate Stalking) |
| Brian Curtis Hile, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

COUNT 1

On or about and between August 9, 2011 and August 12, 2011, within the Southern District of California and elsewhere, the defendant Brian Curtis Hile, did travel in interstate or foreign commerce with the intent to kill, injure, harass, and place under surveillance with intent to kill, injure, harass, and intimidate another person, and in the course of, or as a result of, such travel placed Tiffany Watkins and David Cranford in reasonable fear of the death of, or serious bodily injury to, and caused substantial emotional distress to Tiffany Watkins and David Cranford, in violation of Title 18, U.S.C., Section 2261A(1).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Steven Kim
Agent, Federal Bureau of Investigations

Sworn to me and subscribed in my presence this 17 day of August, 2011.

Hon. John P. Cooney
UNITED STATES MAGISTRATE JUDGE



1 CONTINUATION OF COMPLAINT:
2 UNITED STATES v. BRIAN CURTIS HILE

### AFFIDAVIT

I, Steve Kim, Special Agent (SA) of the Federal Bureau of Investigation (FBI) for the past 14 years, being duly sworn, depose and say:

I am currently assigned to a cyber squad in the San Diego Field Division of the FBI and investigate cyber and high-technology crimes, to include cyber-related stalking. The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with local, federal law enforcement officers, and individuals.

This affidavit is in support of a Complaint for BRIAN CURTIS HILE, white male, date of birth 09/22/1983, for violation of Title 18 of the United States Code, Section 2261A, Interstate Stalking.

On August 9, 2011, defendant HILE traveled via Greyhound bus from the state of Michigan to San Diego, California. Defendant HILE arrived in San Diego, California on or about August 12, 2011.

HILE's brother, Brett William Hile, subsequently followed HILE from Michigan to San Diego, California, because he was concerned about HILE's intentions. On or about August 14, 2011, Brett William Hile located HILE in San Diego, California. At that time, HILE informed Brett William Hile that he intended to kill or harm the victim, Tiffany Watkins, and Tiffany Watkins' boyfriend, David Cranford.

1  During this conversation on 08/14/2011, HILE showed Brett William Hile his list of targets, to include Ms. Watkins and Mr. Cranford. Additionally, HILE showed Brett William Hile he needed to obtain to effect his plan to kill or harm the victims, including a trench coat, rope, duct tape, mace, chloroform, knife, and plastic zip ties.

Additionally, HILE showed Brett William Hile the contents of his backpack, which already included zip ties and duct tape. Brett William Hile disbelieved HILE, and offered to take HILE to Wal-Mart to purchase a knife. As a result, Brett William Hile and HILE traveled to Wal-Mart in El Cajon, California.

However, upon arrival, HILE became upset and left the presence of Brett William Hile. Concerned for the safety of the named victims, Brett William Hile contacted the El Cajon Police Department.

Approximately three hours later, HILE returned to the Wal-Mart in El Cajon, California and was detained and ultimately transported for a Health & Safety Code Section 5150 hold as a danger to himself and others.

After identifying the victims, Tiffany Watkins and David Cranford, El Cajon Police Department administered a Tarisoff warning. Ms. Watkins and Mr. Cranford were in reasonable fear of death or serious bodily injury as a result, and caused substantial emotional distress.

The foregoing is true and correct to the best of my information and knowledge.

_____
Steve Kim
FBI Special Agent

Sworn to before me and subscribed in my presence this 17th day of August, 2011.

_____
Honorable John P. Cooney
United States Magistrate Judge

3