ORIGINAL

FILED
12 MAY -1 AM 11:47

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA

BY: PM
                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2010 Grand Jury

| UNITED STATES OF AMERICA, | ) Case No. 12CR1687 IEG |
|---|---|
| Plaintiff, | ) INDICTMENT |
| v. | ) Title 18, U.S.C., Sec. 2261A(1) - Interstate Stalking |
| BRIAN CURTIS HILE, | ) |
| Defendant. | ) |

The grand jury charges:

Count 1

Between August 9, 2011, and August 14, 2011, within the Southern District of California, and elsewhere, defendant BRIAN CURTIS HILE did travel in interstate commerce, with the intent to kill, injure, harass, and place under surveillance with intent to kill, injure, harass, and intimidate another person, and in the course of, or as a result of, such travel caused reasonable fear of death of, and serious bodily injury and substantial emotional distress to T. W.; in violation of Title 18, United States Code, Section 2261A(1).

//
//
//

LAST:San Diego
5/1/12

Count 2

Between August 9, 2011, and August 14, 2011, within the Southern District of California and elsewhere, defendant BRIAN CURTIS HILE did travel in interstate commerce, with the intent to kill, injure, harass, and place under surveillance with intent to kill, injure, harass, and intimidate another person, and in the course of, or as a result of, such travel caused reasonable fear of death of, and serious bodily injury and substantial emotional distress to D. C.; in violation of Title 18, United States Code, Section 2261A(1).

DATED: May 1, 2012.

A TRUE BILL:

*/s/ signature*
Foreperson

LAURA E. DUFFY
United States Attorney

By: *ial* 
LARA A. STINGLEY
Assistant U.S. Attorney